UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 06-cv-00307-EWN-BNB

VON KHEMPHOMMA,

    Plaintiff,

v.

MANUEL VICTOR GARCIA, JR. and LETICIA AMAYA,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS
AGAINST DEFENDANT, GARCIA, JR., ONLY**
_____

    THIS MATTER comes before the Court upon the Stipulation of Plaintiff Von Khemphomma, and Defendant Manuel Victor Garcia, Jr., for a dismissal of the claims of those parties in above-captioned action with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

    HEREBY ORDERS that the issues between Plaintiff and Defendant Garcia, Jr. (only), may be dismissed with prejudice each party to pay their respective costs and attorney fees. The claims of the Plaintiff against defendant Amaya shall not be affected by this dismissal.

    DONE in Court this 12th day of September, 2006.

                                    BY THE COURT:

                                    s/ Edward W. Nottingham
                                    U. S. District Judge