IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00307-EWN-BNB

VON KHEMPHOMMA,

Plaintiff,

v.

LETICIA AMAYA,

Defendant.
_____

**ORDER**
_____

This matter was set for a status conference this morning. Counsel for the plaintiff appeared at the status conference by telephone; defendant, Leticia Amaya, who is proceeding *pro se*, did not appear or otherwise contact the court.

The purpose of the status conference was to address paragraph 5 of the plaintiff's *Response to Order to Show Cause* [Doc. # 41, filed 11/27/2006], which states:

> In the event that the Court fails to grant same [reconsideration of the plaintiff's previously denied motion for default judgment], Plaintiff reluctantly moves the Court to dismiss her claims against said Defendant [Leticia Amaya], with each party to pay her own costs, since they cannot realistically proceed to trial without the provision of any disclosures, discovery, or good faith cooperation on said Defendant's part.

Local rule of practice 7.1C, D.C.COLO.LCivR, provides that "[a] motion shall not be included in response or reply to the original motion. A motion shall be made in a separate paper." Consequently, the plaintiff's request to dismiss the case cannot properly be made in her response to the *Order to Show Cause*. During the status conference, counsel for the plaintiff reiterated the

plaintiff's intention to dismiss her claims against Ms. Amaya, and I directed him to do so by a written motion.

IT IS ORDERED that the plaintiff shall file a motion to dismiss pursuant to Fed. R. Civ. P. 41, or for such other relief as she may deem appropriate, on or before **December 15, 2006**.

Dated December 8, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge