IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06-cv-00307-EWN-BNB

**VON KHEMPHOMMA,**

      Plaintiff,

v.

**LETICIA AMAYA,**

      Defendant.

---

**ORDER RE: MOTION FOR VOLUNTARY DISMISSAL**

---

THIS MATTER, having come before the Court upon Plaintiff's MOTION FOR VOLUNTARY DISMISSAL,

THE COURT, having reviewed that Motion, being fully advised in the premises, and finding good cause therefor;

DOES HEREBY grant same and hereby dismisses her claims herein against Defendant, with each party to pay its own fees and costs incurred in this action.

SO ORDERED this 14th day of December 2006.

BY THE COURT:

s/Edward W. Nottingham

EDWARD W. NOTTINGHAM
United States District Judge